# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: October 22, 2013

Mr. David J. Weaver
U.S. District Court
for the Eastern District of Michigan
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

Re: Case No. 11-1170/11-1221/11-1223/11-1349/11-1354, *USA v. Aref Nagi*
Originating Case No. : 2:06-CR-20465-1

Dear Clerk,

   Enclosed is a copy of the mandate filed in this case.

                              Sincerely yours,

                              s/Bryant L. Crutcher
                              Case Manager
                              Direct Dial No. 513-564-7013

cc:  Mr. John W. Brusstar
     Ms. Patricia Gaedeke
     Mr. Timothy J. McKenna
      Aref Nagi
     Mr. Sanford Plotkin
     Mr. Kevin Michael Schad
     Ms. Margaret Marie Smith
     Mr. James C. Thomas
      Joseph Whiting

Enclosure

2:06-cv-20465-NGE-MKM Doc # 26091 Filed 10/22/13 Pg 2 of 3 Pg ID 18559

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 11-1170/11-1221/11-1223/11-1349/11-1354

_____

Filed: October 22, 2013

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

AREF NAGI

    Defendant - Appellant

## MANDATE

  Pursuant to the court's disposition that was filed 09/30/2013 the mandate for this case hereby issues today.

COSTS: None