# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

January 6, 2014

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Sixth Circuit
524 Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, OH  45202

**FILED**
*Jan 07, 2014*
DEBORAH S. HUNT, Clerk

Re:  Aref Nagi
v. United States
No. 13-8114
(Your No. 11-1170)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on December 30, 2013 and placed on the docket January 6, 2014 as No. 13-8114.

Sincerely,

**Scott S. Harris**, Clerk

by

Redmond K. Barnes
Case Analyst