UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff-Respondent,           Case No. 06-20465

v.                               Honorable Nancy G. Edmunds

AREF NAGI,

    Defendant-Petitioner.

_____/

**JUDGMENT**

For the reasons stated in the Court's opinion and order denying Petitioner's motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255 (ECF No. 2920), Petitioner's motion is DENIED.

SO ORDERED.

                               s/ Nancy G. Edmunds
                               Nancy G. Edmunds
                               United States District Judge

Dated: February 3, 2021


I hereby certify that a copy of the foregoing document was served upon counsel of record on February 3, 2021, by electronic and/or ordinary mail.

                               s/ L. Bartlett
                               Case Manager